Mohammed O. and Soraya Zekria                      Bankruptcy Case No. 13-12585-RGM

Mohammed O. and Soraya Zekria                      Adversary Proceeding Case No. 13-01183-RGM
        v.
Specialized Loan Servicing, LLC

## CERTIFICATE OF SERVICE

I, __Joseph M. Goldberg__ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

☒ **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

Specialized Loan Servicing, LLC, P.O. Box 105219, Atlanta, GA 30348-5219;
Specialized Loan Servicing, LLC, c/o John Beggins, CEO, 8742 Lucent Blvd., Littleton, CO 90129

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows: [Describe briefly]

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__7/3/2013__                  __/s/Joseph M. Goldberg__
     Date                                       Signature

Print Name
   Joseph M. Goldberg

Business Address
   1115 Massachusetts Ave., NW, Washington, DC 20005

City        State        Zip